UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIONDRAE L. PARKER, | Case No. 3:22-cv-00543-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| M. PICKENS, *et al.*, | |
| Defendants. | |

Before the Court is Interested Party Nevada Department of Corrections' ("NDOC") motion (ECF No. 13), which requests permission to file the following documents and motion: (1) request for judicial notice of two documents—Exhibits A-1 and A-2—and (2) motion for modification of the stay and postponement of the Inmate Early Mediation pending the resolution of criminal charges in state court. (*See* ECF Nos. 13-1, 13-4).

For good cause shown, the Court grants NDOC's motion (ECF No. 13) and orders the Clerk of Court to file Exhibit A and B (ECF Nos. 13-1, 13-4) on the docket. The Clerk shall attach Exhibits A-1 (ECF No. 13-2) and A-2 (ECF No. 13-3) to the docket entry for Exhibit A (ECF No. 13-1). Additionally, Plaintiff shall respond to the NDOC's motion for modification of the stay pending the criminal charges (ECF No. 13-4) on or before **August 16, 2023**.

**IT IS THEREFORE ORDERED** that the NDOC's motion (ECF No. 13) is granted.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to file Exhibits A and B of ECF No. 13 on the docket. Furthermore, the Clerk of Court shall attach Exhibits A-1 (ECF No. 13-2) and A-2 (ECF No. 13-3) to the docket entry for Exhibit A (ECF No. 13-1).

///

///

///

///

**IT IS FURTHER ORDERED** that Plaintiff shall respond to the NDOC's motion seeking modification of the stay (ECF No. 13-4) on or before **August 16, 2023**.

DATED THIS 9th day of August 2023.

UNITED STATES MAGISTRATE JUDGE