# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIONDRAE L. PARKER,<br><br>Plaintiff,<br><br>v.<br><br>M. PICKENS, *et al.*,<br><br>Defendants. | Case No. 3:22-cv-00543-MMD-CLB<br><br>**REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**[1]<br><br>[ECF No. 20] |

Plaintiff Diondrae L. Parker ("Parker") filed the instant civil rights case against Defendants based on alleged incidents involving retaliation, excessive force, and an unreasonable search that occurred at Ely State Prison ("ESP") in 2022. Currently pending before the Court is Parker's motion for a temporary restraining order. (ECF No. 20.) In the motion, Parker argues that Defendants, who are all correctional officers or employees of ESP, are engaging in new conduct, which he claims makes him fear for his life and makes it unsafe for him at ESP. (*Id.*) Parker requests that the Court enter a temporary restraining order to give him protection from Defendants and prohibit them from engaging in further acts of harm against him.

In response, Defendants provide evidence that Parker is no longer housed at ESP. (ECF No. 21.) In fact, Defendants establish that Parker is housed at the Northern Nevada Correctional Center ("NNCC"). (*Id.*) Therefore, Defendants assert that the motion should be denied as moot on this basis alone. (*Id.*)

Having reviewed the filings of the parties as well as the Court's docket, it is clear from the record that Parker is not housed at ESP. Rather, he is currently housed at NNCC, and has been housed at NNCC since the inception of this case. (*See* ECF No. 1.)

---

[1] This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.

Moreover, none of the named Defendants are employed at NNCC and therefore do not have contact with Parker. As such, there is no relief that the Court can grant in this case and Parker's motion must be denied is moot.[2]

**IT IS THEREFORE RECOMMENDED** that Parker's motion for temporary restraining order, (ECF No. 20), be **DENIED as moot**.

The parties are advised:

1. Pursuant to 28 U.S.C. § 636(b)(1)(c) and Rule IB 3-2 of the Local Rules of Practice, the parties may file specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be entitled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order and any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

**DATED**: April 23, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[2] The Court also notes that this case is currently stayed pending the resolution of the criminal charges against Parker that underlie this lawsuit. (*See* ECF Nos. 17, 19.) Therefore, no further motions shall be filed in this lawsuit until the stay is lifted in this case absent leave of Court to do so.

2