UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIONDRAE L. PARKER,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>M. PICKENS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:22-cv-00543-MMD-CLB<br><br>ORDER |

　　*Pro se* Plaintiff Diondrae Parker brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin (ECF No. 22), recommending that the Court deny Parker's motion for temporary restraining order (ECF No. 20 ("Motion")) as moot. Parker had until May 7, 2024 to file an objection. To date, no objection to the R&R has been filed. For this reason, and as explained below, the Court adopts the R&R in full and denies the Motion as moot.

　　Because there is no objection, the Court need not conduct de novo review and is satisfied Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Here, Judge Baldwin recommends denying the Motion as moot because Parker requests that the Court enter a temporary restraining order to protect him from Defendants, who are all correctional officers or employees at Ely State Prison, but Parker is currently housed at the Northern Nevada Correctional Center. (ECF No. 22 at 1-2.) The Court agrees with Judge Baldwin. Having reviewed the R&R and the record in this case, the Court will adopt the R&R in full.

　　It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 22) is accepted and adopted in full.

It is further ordered that Parker's motion for temporary restraining order (ECF No. 20) is denied as moot.

DATED THIS 15th Day of May 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE