UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIONDRAE L. PARKER,<br><br>　　　　　　　　　　　Plaintiff<br><br>v.<br><br>M. PICKENS, *et. al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 3:22-CV-00543-MMD-CLB<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CHANGE OF ADDRESS** |

　　　　On July 31, 2024, a notice of change of attorney was filed by interested party Nevada Department of Corrections. (ECF No. 24.) The same day, the mail was returned by the Northern Nevada Correctional Center as undeliverable. (ECF No. 25.) However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number…. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. This Court grants Plaintiff 30 days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within 30 days from the date of entry of this order, the Court will recommend dismissal of this action without prejudice.

　　　　Accordingly, **IT IS ORDERED** that Plaintiff shall file his updated address with the Court within **30 days** of the date of this order.

　　　　**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, the Court shall recommend dismissal of this case without prejudice.

**DATED**: August 19, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE