AARON D. FORD
  Attorney General
DOUGLAS R. RANDS (Bar No. 3572)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(775) 684-1150 (phone)
(702) 486-3768 (fax)
Email: drands@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: Diandre Parker Litigation Matters | Case Nos.  3:24-cv-00129-MMD-CLB<br>3:25-cv-00108-ART-CLB<br>3:22-cv-00543-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, Diandre Parker, pro se, and Defendants, by and through the Office of the Attorney General, hereby stipulate that the above-captioned cases are dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

*Ill*
*Ill*
*Ill*
*III*
*III*
*Ill*
*III*
*Ill*

1     The Parties have resolved these matters in their entirety and agree that the Court
2 may accordingly close the cases, with prejudice. Any outstanding deadlines are
3 considered moot.

5   DATED this 22nd day of October, 2025.       DATED this 22nd day of October, 2025.

6                                                       AARON D. FORD
                                                      Attorney General

8   By:O\Cl'"\t\v:41…11                     By: *Isl Douglas R. Rands*
    Diandre Parker                                   Douglas R. Rands (Bar No. 3572)
    *Plaintiff, Prose*                              Senior Deputy Attorney General
                                                      *Attorneys for Defendants*

## ORDER

IT **IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case.

DATED December 24, 2025.

_____
UNITED STATES DISTRICT JUDGE